## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

KANISHA ADROW,
REG. #709997                                                                                       PLAINTIFF

v.                                         2:10-cv-00058-SWW-JTK

CHRIS RILEY, et al.                                                                              DEFENDANTS

### ORDER

On June 4, 2010, Defendants filed their answer (Doc. No. 12) to Plaintiff's Complaint, asserting several affirmative defenses. This matter is ready to be scheduled for trial. If Defendants intend to rely on the defenses mentioned in their Answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 8th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE